```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    ORIGINAL
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        -v.-                        :      INFORMATION

ROLANDO ANTONIO LOPEZ-ORTEGA        :      07 Cr. 423 (SCR)

            Defendant.              :

- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

1. On or about January 22, 2007, in the Southern District of New York and elsewhere, ROLANDO ANTONIO LOPEZ-ORTEGA, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of such conspiracy that ROLANDO ANTONIO LOPEZ-ORTEGA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five hundred grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.

OVERT ACTS

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others,

were committed in the Southern District of New York:

        a.  On or about January 22, 2007, ROLANDO ANTONIO LOPEZ-ORTEGA, the defendant, received a package.

(Title 21, United States Code, Section 846.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

2