# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,          :

      v.                                :

                                                 07 Cr. 423 (SCR)

ROLANDO ANTONIO LOPEZ-ORTEGA,      :

            Defendant.            :

------------------------------------x

      **ROLANDO ANTONIO LOPEZ-ORTEGA,** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), 841(b)((1)(B) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                     _Rolando Lopez Ortega_
                                                            Defendant.

                                                            Counsel for Defendant.

Date:   White Plains, New York
          May 16, 2007