UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**United States of America**

    -against-                                      07 Cr 423 ( SCR)

Rolando Antonio Lopez-Ortega,

---

Stephen C. Robinson, U.S.D.J.

### ORDER ACCEPTING THE PLEA ALLOCUTION BEFORE A U.S. MAGISTRATE JUDGE

On __May 16, 2007__ , pursuant to Fed.R.Crim.P. 11, the Honorable George A. Yanthis, United States Magistrate Judge, after presiding over a plea allocation in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has carefully reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record. The Report and Recommendation is accepted and the plea is acceptable to the Court. The Clerk of the Court is directed to enter the plea.

SO ORDERED:

_Stephen C. Robinson_
Stephen C. Robinson, U.S.D.J.

Dated: May 25, 2007
       White Plains, N.Y.

